NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMARTEN LLC,**

*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendant-Appellee*

---

2018-1802

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:17-cv-01381-LMB-IDD, Judge Leonie M. Brinkema.

---

**JUDGMENT**

---

ROBERT VANDERHYE, McLean, VA, argued for plaintiff-appellant.

RICHARD L. RAINEY, Covington & Burling LLP, Washington, DC, argued for defendant-appellee. Also represented by ROBERT JASON FOWLER, KEVIN RICHARDS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2019            /s/ Peter R. Marksteiner
Date                        Peter R. Marksteiner
                            Clerk of Court